IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:99CR94 |
| v. | ) | |
| TYSON HUBBARD, | ) | JUDGMENT |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

DATED this 4th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge